# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SERGIO BAZALDUA,<br><br>Plaintiff,<br><br>v.<br><br>BRIAN WILLIAMS, ET AL.,<br><br>Defendants. | Case No. 2:19-cv-00475-GMN-DJA<br><br>**ORDER** |

This matter is before the Court on Defendants' Motion to Extend Dispositive Motions Deadline (ECF No. 28), filed on January 5, 2021. To date, no response has been filed. No response by Plaintiff constitutes consent to granting the motion. Further, Defendants represent that their request is unopposed. Also, the Court finds good cause for the request and will extend the dispositive motions deadline by 75 days given the COVID-19 conditions so that the parties can have sufficient time to file dispositive motions as needed.

**IT IS THEREFORE ORDERED** that Defendants' Motion to Extend Dispositive Motions Deadline (ECF No. 28) is **granted**.

**IT IS FURTHER ORDERED** that the dispositive motions deadline shall be set for March 22, 2021.

DATED: January 21, 2021

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE